IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

GREGORY F. TAYLOR,                  *

    Plaintiff                    *

vs.                                 *
                                                    CASE NO. 3:06-CV-66 (CDL)
MICHAEL J. ASTRUE, Commissioner     *
of Social Security,
                                        *

    Defendant
                                        *

O R D E R

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on July 18, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 27th day of August, 2007.

                                                    S/Clay D. Land
                                                        CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE